## FIRST NATIONAL BANK OF LINDEN v. MARENGO COUNTY BANK.

(Decided April 4, 1916.)

APPEAL from Marengo Law and Equity Court.

Heard before Hon. EDWARD J. GILDER.

I. I. CANTERBURY, for appellant. WILLIM CUNNINGHAME, for appellee.

. PELHAM, P. J.—Affirmed for want of assignment of error.

---

## FLEURON v. CITY OF MOBILE.

(Two Cases)

(Decided April 6, 1916.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for either party.

PER CURIAM.—Appeals dismissed for want of prosecution.

---

## FRYE v. THE STATE.

(Decided April 13, 1916.)

APPEAL from Monroe Law and Equity Court.

Heard before Hon. W. G. McCORVEY.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PER CURIAM.—Appeal dismissed. .

---

## GRAND BENEVOLENT ASSOCIATION, ET AL. v. THOMAS.

(Decided May 30, 1916.)

APPEAL from Talladega City Court.

Heard before Hon. MARION H. SIMS.

C. B. POWELL, for appellant. R. WILLIAMS, for appellee.

PER CURIAM.—Dismissed for want of prosecution.